UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE ( ) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL   (✓) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Wednesday, January 17, 2007 @ 11:00 a.m.

CASE NUMBER: 3:CV-06-1859

CAPTION:    WJM Interests v. Megaphase

COUNSEL FOR PLAINTIFF:        George W. Westervelt, Jr., Esquire

COUNSEL FOR DEFENDANT:        Jack S. Dweck, Esquire

**CONFERENCE RESULTS:**

♦    Both have complied with Rule 26 discovery;
♦    There will be a need to depose principals;
♦    Discovery to run until April 30th with the understanding it may be extended if there is an active history of discovery which cannot be completed.