```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA


WJM INTERESTS, INC. and         :
WILLIAM J. MAJOR,               :
                                :
            Plaintiffs          :
                                :   NO. 3:CV-06-1859
         -vs-                   :
                                :   (Judge Kosik)
                                :
MEGAPHASE, LLC,                 :
                                :
            Defendant           :
```

## **MEMORANDUM AND ORDER**

We have cross motions for summary judgment pursuant to F.R.C.P. 56. Each motion is supported by affidavits and other evidence to support the movant's position.

After review, we cannot conclude that there is no genuine issue of material fact to warrant granting either motion. Accordingly, the motions are **DENIED**.

The case will be scheduled for a pre-trial conference.

SO ORDERED.

                                            *s/Edwin M. Kosik*
                                         United States District Judge

Date:  May 19, 2008