UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | ( ) |
|---|---|---|
| TELEPHONE ( ) | PRETRIAL CONFERENCE | (✘) |
| ACTUAL (✘) | DISCOVERY | ( ) |
|  | STATUS | ( ) |
|  | SETTLEMENT | ( ) |
|  | SCHEDULING | ( ) |

DATE & TIME: Wednesday, July 2, 2008 @ 11:00 a.m.

CASE NUMBER: 3:CV-06-1859

CAPTION:   WJM Interests v. Megaphase

COUNSEL FOR PLAINTIFF:         George Westervelt, Jr., Esquire

COUNSEL FOR DEFENDANT:         Jack S. Dweck, Esquire

CONFERENCE RESULTS:

- Trial scheduled for October 20, 2008 beginning with jury selection @ 8:30 a.m.  If this case cannot be listed first, the first week of November would be OK for trial.